UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Irvin S. Wimer                         :         Case #: 04-50995

                                                                   :         Chapter 13

                                                                   :         Judge Caldwell

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: September 2, 2010                    /s/ Frank M. Pees_____   _____
                                                                   Frank M. Pees
                                                                   Chapter 13 Trustee


Name and Address                              Amount
ADHY LLC                                      $6.00
495 S HIGH ST  STE 250
COLUMBUS OH 43215